IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIS TOWNSEND and<br>PATRICIA TOWNSEND,<br><br>Defendants. | Case No. 4:23-cv-109 |

## CONSENT JUDGMENT

Upon consent of all parties to this action, it is hereby ORDERED, ADJUDGED, AND DECREED that:

A. Judgment is entered in favor of the United States and against the Defendants Elvis Townsend and Patricia Townsend in the total amount of $36,166.60, as of April 17, 2023, for their unpaid federal income tax, statutory additions to tax, penalties, and statutory interest for the 2012, 2014, and 2017 taxable years, plus the statutory additions and interest accruing thereafter according to law until paid in full;

B. Judgment is entered in favor of the United States and against Defendant Elvis Townsend in the total amount of $169,890.72, as of April 17, 2023, for his unpaid trust fund recovery penalties, statutory additions, and interest to the penalties, for the 12/31/2007, 3/31/2008, 6/30/2008, 9/30/2008, 12/31/2008, 3/31/2009, 6/30/2009, 9/30/2009, 3/31/2010, 6/30/2010,

1

9/30/2010, and 12/31/2010 taxable periods, plus the statutory additions and interest accruing thereafter according to law until paid in full; and

C. The parties shall bear their respective attorneys' fees and costs, as well as any other expenses of this litigation.

**IT IS SO ORDERED.**

ENTERED: 10/10/23

_____
Louise Wood Flanagan
United States District Judge

**WE ASK FOR THIS:**

Dated: September 25, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: /s/ *Maria E. Ruwe*
Maria E. Ruwe
Ohio State Bar Number: 0101114
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 746-1624
Facsimile: (202) 514-6866
Email: Maria.E.Ruwe@usdoj.gov
*Counsel for the United States of America*

**CONSENTED:**

Date: 7/26/2023

/s/ [signature]
Elvis Townsend, *Defendant*

Date: 9/26/2023

/s/ *Patricia Townsend*
Patricia Townsend, *Defendant*